**No. 10-10927. Robert Lee Jenkins, Petitioner v. South Carolina Department of Corrections, et al.**

565 U.S. 857, 132 S. Ct. 191, 181 L. Ed. 2d 98, 2011 U.S. LEXIS 6172.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 415 Fed. Appx. 473.